### 13304. MILLER *v.* THE STATE.

LUKE, J. 1. The alleged newly discovered evidence is cumulative and impeaching, and would not likely produce a different result upon another trial.

2. The ground of the motion for a new trial which complains that it was not shown that the shot-gun with which the prosecutor was shot was a weapon likely to produce death is without merit.

3. The ground of the motion for a new trial which complains of the court's ruling upon the admissibility of evidence falls within the rule announced in *Wynne* v. *State,* 123 *Ga.* 566 (1) (51 S. E. 636).

4. Upon conflicting evidence the jury were authorized to return a verdict of guilty. It was not error for any reason assigned to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 11, 1922.

Conviction of assault with intent to murder; from Thomas superior court — Judge Thomas. January 2, 1922.

Paragraph 3 of the decision relates to the following ground of the motion for a new trial: " Because the court, over objection of the defendant, allowed in evidence the first bond forfeiture in due and legal form, showing that the defendant had forfeited his bond; to which ruling the defendant then and there excepted, and now

excepts and assigns the same as error, the admission of said docu-
mentary evidence being contrary to law over objection that the
same was irrelevant and immaterial to any issue in the case, and
has no tendency to illustrate any issue."

*Titus & Dekle,* for plaintiff in error.

*C. E. Hay, solicitor-general,* contra.